IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VERIZON NEW YORK INC.,

                Plaintiff,

v.                                    Civil Action No. 08 Civ. 3468

TIME WARNER CABLE, INC.         ORDER TO SHOW CAUSE
                                                              FOR PRELIMINARY INJUNCTION AND
                                                              TEMPORARY RESTRAINING ORDER

                Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08
```

Having reviewed Plaintiff Verizon New York Inc.'s Motion for An Order to Show Cause on A Preliminary Injunction and For A Temporary Restraining Order and the related pleadings, it is

        ORDERED, that the above named defendant show cause ~~before a motion term of this Court, at~~ in Room 12D, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on April 10, 2008, at 11:30 a.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendency of this action from disseminating anywhere in the United States the advertisements described in Plaintiff's complaint, and any other advertisement substantially similar thereto; and it is further

        ORDERED that, sufficient reason having been shown therefor, pending the hearing of plaintiff's application for a preliminary injunction pursuant to Rule 65, Fed. R. Civ. P., the defendant is temporarily restrained and enjoined from disseminating anywhere in the United States the advertisements described in Plaintiff's pleadings as the "Satellite Dish Commercial," and any other advertisement substantially similar thereto; and it is further

ORDERED that security in the amount of $ _____ be posted by the plaintiff prior to _____, 2008, prior to 5 p.m. of that day; and it is further

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant or his counsel on or before 5 p.m., **April 9**, 2008, shall be deemed good and sufficient service thereof

DATED:   New York, New York
ISSUED:  **April 9, 2008**

_____
United States District Judge