SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERIZON NEW YORK INC.   Plaintiff,

- against -

TIME WARNER CABLE, INC.   Defendant.

8 cv 3468 (LAK)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, K. Chris Todd a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Andrew M. Hetherington
Firm Name:          Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Address:            1615 M ST, NW, Suite 400
City/State/Zip:     Washington, DC 20036
Phone Number:       (202) 326-7900
Fax Number:         (202) 326-7999

Andrew M. Hetherington is a member in good standing of the Bar of the States of New York and the District of Columbia

There are no pending disciplinary proceeding against Andrew M. Hetherington in any State or Federal court.

Dated: 4/10/2008
City, State: New York, New York

Respectfully submitted,

K. Chris Todd

Sponsor's
SDNY Bar KT-8956
Firm Name:      Kellogg Huber Hansen Todd Evans & Figel PLLC
Address:        1615 M ST, NW, Suite 400
City/State/Zip: Washington DC 20036
Phone Number:   202-326-7900
Fax Number:     202-326-7999

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
**VERIZON NEW YORK, INC.,**  :
                             :   08 Civ. 3468 (LAK)
         Plaintiff,          :
                             :   **Affidavit of K. Chris Todd**
      v.                     :   **In Support of Motion to,**
                             :   **Admit Counsel Pro Hac Vice**
**TIME WARNER CABLE, INC.,** :
                             :
         Defendant.          :
------------------------------------------------------x

I, K. CHRIS TODD, being duly sworn, hereby deposes and says as follows:

  1. I am a partner in the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. The firm's address is 1615 M Street, N.W., Washington, D.C., 20036 and the firm's telephone number is (202) 326-7900.

  2. I am a member in good standing of the bars of Texas (1972), the District of Columbia (1979), and New York (1988). I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

  3. I have never been disciplined, censured, suspended, or disbarred from the practice of law in any jurisdiction to which I have been admitted nor are there any disciplinary proceedings pending against me in any jurisdiction.

  4. I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Andrew M. Hetherington as counsel pro hac vice to represent Plaintiff in this matter.

5. I have known Mr. Hetherington since 2005.

6. Mr. Hetherington is an associate at the firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

7. I have found Mr. Hetherington to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

8. Accordingly, I am pleased to move the admission of Andrew M. Hetherington, pro hac vice.

9. I respectfully submit a proposed order granting the admission of Andrew M. Hetherington, pro hac vice, which is attached hereto as Exhibit A.

10. WHEREFORE it is respectfully requested that the motion to admit Andrew M. Hetherington, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: April 10, 2008
New York, New York

_____
K. Chris Todd
KT – 8956

Then appeared before me K. Chris Todd and swore to the truth of the written statement:

_____
ALICE J. DEALMEIDA
Notary Public, State of New York
No. 01DE5086607
Qualified in Queens County
Commission Expires October 20, 2009

Notary Public
My commission expires

# Exhibit A



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

 

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ANDREW M. HETHERINGTON

was on the   6TH   day of   DECEMBER, 2004   duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 9, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
       Deputy Clerk

## CERTIFICATE OF SERVICE

    I, Andrew M. Hetherington, hereby certify that on April 10, 2008 a true and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice and supporting Affidavit of K. Chris Todd has been provided via electronic mail and overnight mail to Time Warner Cable, Inc., by and through its Counsel Saul B. Shapiro, Patterson Belknap Webb and Tyler LLP, 1133 Avenue of the Americas, New York, NY 10036-6710.



SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERIZON NEW YORK INC.          Plaintiff,

8   cv 3468   (LAK)

- against -

TIME WARNER CABLE, INC.        Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  K. Chris Todd          attorney for  VERIZON NEW YORK INC.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Andrew M. Hetherington |
| Firm Name: | Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. |
| Address: | 1615 M ST, NW, Suite 400 |
| City/State/Zip: | Washington, DC 20036 |
| Telephone/Fax: | (202) 326-7900 |
| Email Address: | ahetherington@khhte.com |

is admitted to practice pro hac vice as counsel for  VERIZON NEW YORK INC.  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#

SDNY Form Web 10/2006