SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERIZON NEW YORK INC.    Plaintiff,

- against -

TIME WARNER CABLE, INC.    Defendant.

8 cv 3468 (LAK)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, K. Chris Todd a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:    James M. Webster, III
Firm Name:    Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Address:    1615 M ST, NW, Suite 400
City/State/Zip:    Washington, DC 20036
Phone Number:    (202) 326-7900
Fax Number:    (202) 326-7999

James M. Webster, III is a member in good standing of the Bar of the States of Maryland and the District of Columbia

There are no pending disciplinary proceeding against James M. Webster, III in any State or Federal court.

Dated: 4/10/2008
City, State: New York, New York

Respectfully submitted,

K. Chris Todd

Sponsor's
SDNY Bar KT-8956
Firm Name: Kellogg Huber Hansen Todd Evans & Figel PLLC
Address: 1615 M ST, NW, Suite 400
City/State/Zip: Washington, DC 20036
Phone Number: 202-326-7900
Fax Number: 202-326-7999

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

**VERIZON NEW YORK, INC.,**

            Plaintiff,

     v.

**TIME WARNER CABLE, INC.,**

            Defendant.

------------------------------------------------------x

08 Civ. 3468 (LAK)

**Affidavit of K. Chris Todd
In Support of Motion to,
Admit Counsel Pro Hac Vice**

I, K. CHRIS TODD, being duly sworn, hereby deposes and says as follows:

   1. I am a partner in the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. The firm's address is 1615 M Street, N.W., Washington, D.C., 20036 and the firm's telephone number is (202) 326-7900.

   2. I am a member in good standing of the bars of Texas (1972), the District of Columbia (1979), and New York (1988). I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

   3. I have never been disciplined, censured, suspended, or disbarred from the practice of law in any jurisdiction to which I have been admitted nor are there any disciplinary proceedings pending against me in any jurisdiction.

   4. I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit James M. Webster, III as counsel pro hac vice to represent Plaintiff in this matter.

5. I have known Mr. Webster since 1995.

6. Mr. Webster is a partner in the firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

7. I have found Mr. Webster to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

8. Accordingly, I am pleased to move the admission of James M. Webster, III, pro hac vice.

9. I respectfully submit a proposed order granting the admission of James M. Webster, III, pro hac vice, which is attached hereto as Exhibit A.

10. WHEREFORE it is respectfully requested that the motion to admit James M. Webster, III, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: April __, 2008
New York, New York

_____
K. Chris Todd
KT – 8956

Then appeared before me K. Chris Todd and swore to the truth of the written statement:

_____
Notary Public
My commission expires

ALICE J. DEALMEIDA
Notary Public, State of New York
No. 01DE5086607
Qualified in Queens County
Commission Expires October 20, 2009

# Exhibit A

Case 1:08-cv-03468-LAK     Document 7     Filed 04/11/2008     Page 4 of 7



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

## JAMES M. WEBSTER, III

was on the 1ST day of APRIL, 1996 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 9, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
           Deputy Clerk

## CERTIFICATE OF SERVICE

I, Andrew M. Hetherington, hereby certify that on April 10, 2008 a true and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice and supporting Affidavit of K. Chris Todd has been provided via electronic mail and overnight mail to Time Warner Cable, Inc., by and through its Counsel Saul B. Shapiro, Patterson Belknap Webb and Tyler LLP, 1133 Avenue of the Americas, New York, NY 10036-6710.



SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERIZON NEW YORK INC.       Plaintiff,

8 cv 3468 (LAK)

- against -

TIME WARNER CABLE, INC.    Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of K. Chris Todd   attorney for VERIZON NEW YORK INC.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | James M. Webster, III |
| Firm Name: | Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. |
| Address: | 1615 M ST, NW, Suite 400 |
| City/State/Zip: | Washington, DC 20036 |
| Telephone/Fax: | (202) 326-7900 |
| Email Address: | jwebster@khhte.com |

is admitted to practice pro hac vice as counsel for   VERIZON NEW YORK INC.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____   SDNY RECEIPT# _____

SDNY Form Web 10/2006