MEMO ENDORSED

SDNY (Rev 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCANNED

VERIZON NEW YORK    Plaintiff,
INC.

8  cv  3468

- against -

MOTION TO ADMIT COUNSEL
PRO HAC VICE

TIME WARNER    Defendant.
CABLE, INC.

RECEIVED APR 17 2008
JUDGE KAPLAN'S CHAMBERS

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, K. Chris Todd a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:    Andrew M. Hetherington
Firm Name:           Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Address:             1615 M ST, NW, Suite 400
City/State/Zip:      Washington, DC 20036
Phone Number:        (202) 326-7900
Fax Number:          (202) 326-7999

FILED APR 11 2008 S.D. OF N.Y.

Andrew M. Hetherington    is a member in good standing of the Bar of the States of New York and the District of Columbia

There are no pending disciplinary proceeding against Andrew M. Hetherington in any State or Federal court.

Dated: 4/10/2008
City, State: New York, New York

Respectfully submitted,
K. Chris Todd
Sponsor's
SDNY Bar KT-8956
Firm Name: KELLOGG HUBER HANSEN TODD EVANS & FIGEL PLLC
Address: 1615 M ST NW, SUITE 400
City/State/Zip: WASHINGTON DC 20036
Phone Number: 202-326-7900
Fax Number: 202-326-7999

SO ORDERED
LEWIS A. KAPLAN, USDJ
4/17/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/08

SDNY Form Web 10/2006