RECEIVED APR 18 2008 JUDGE KAPLAN'S CHAMBERS

| | |
|---|---|
| Saul B. Shapiro | K. Chris Todd |
| Robert W. Lehrburger | James M. Webster, III |
| PATTERSON BELKNAP WEBB | KELLOGG, HUBER, HANSEN, TODD, |
| & TYLER LLP | EVANS & FIGEL, P.L.L.C. |
| 1133 Avenue of the Americas | 1615 M Street NW, Ste. 400 |
| New York, NY 10036 | Washington, DC 20036 |
| (212) 336-2000 | (202) 326-7900 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Time Warner Cable, Inc.* | *Verizon New York, Inc.* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
:
VERIZON NEW YORK INC.,           :  08 CV 3468 (LAK)
                                 :
            Plaintiff,           :  **ECF CASE**
                                 :
        - against -              :
                                 :  **STIPULATION AND ORDER**
TIME WARNER CABLE, INC.,         :  **OF DISCONTINUANCE**
                                 :
            Defendant.           :
                                 :
------------------------------- x

 

Pursuant to a Settlement Agreement between the parties dated as of April 16, 2008, the parties, by their respective counsel below, stipulate to discontinuance of this action with prejudice, and it is hereby ORDERED that this action is hereby dismissed with prejudice, with each party bearing its own costs.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08
```

1451887v.1
1452194v.1

Dated: April 16, 2008

| | |
|---|---|
| PATTERSON BELKNAP WEBB & TYLER LLP<br><br>By /s/ *signature*<br>Saul B. Shapiro<br>Robert W. Lehrburger<br><br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>(212) 336-2000<br><br>*Attorneys for Defendant*<br>*Time Warner Cable, Inc.* | KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.<br><br>By /s/ *signature*<br>K. Chris Todd<br>James M. Webster, III<br><br>KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.<br>1615 M Street NW, Ste. 400<br>Washington, DC 20036<br>(202) 326-7900<br><br>*Attorneys for Plaintiff*<br>*Verizon New York Inc.* |

SO ORDERED on April 21, 2008

*/s/ signature*
USDJ

1451887v.1
1452194v.1